IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* BRETT GEIBEL,<br><br>               Plaintiff/Relator,<br><br>               v.<br><br>NICHOLAS TROMBETTA; THE PENNSYLVANIA CYBER CHARTER SCHOOL, INC.; THE NATIONAL NETWORK OF DIGITAL SCHOOLS MANAGEMENT FOUNDATION; AVANTI MANAGEMENT GROUP, LLC; PALATINE DEVELOPMENT, LLC; THE DIGITAL PRINT SHOPPE, LLC; PRIMA LEARNING CENTER, LLC; ONE TO ONE ENTERPRISES, LLC; NCS TECHNOLOGIES, INC.; and DOES 1 to 100,<br><br>               Defendants. | Civil Action No. 12-0509<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

## ORDER

The United States having notified the Court on June 1, 2015, of its decision not to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon Defendants by Relator within *14* days;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for (a) this Order; (b) the Court's July 1, 2015 Order Staying the Case (Dkt. No. 52); and (c) the Court's July 6, 2015 Order Staying the Case (Dkt. No. 56), which Relator will serve upon Defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __14__ day of __Feb__, 2019.

_____
United States Magistrate Judge

2